UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Before the Honorable Karen Ballard Molzen
United States Magistrate Judge
Clerk's Minutes
06-1219 JP/KBM, Booth, et al. v. Kit, Inc., et al.
Date of Status Conference Hearing:  Friday, February 29, 2008

| | |
|---|---|
| Attorneys for Plaintiff: | Dick Blenden, J. Nicholas Murdock and Robert Schuster |
| Attorneys for Defendant: | Paul Koller o/b/o Kit, Inc. & Surendra Sharma |
| | Lawrence Hill & Clea Gutterson o/b/o TNJ Construction |
| | Jeff Alley o/b/o Aquatic Pools, Inc. |
| | Aaron Kuglar & Dan Lewis o/b/o Graham Mechanical |
| | John Bannerman o/b/o Midsouth Construction |

*****************************************************************************

Proceedings:

During a telephonic status conference this date, the following was discussed:

1. Expert witness depositions;

2. The alarm and boiler inspection results;

3. Proposed amended complaint;

4. Briefing on the issue of video taping the children's depositions is due to the Court on Tuesday, March 4, 2008 by Clea Gutterson, any responses due on or before Friday, March 7, 2008, and parties are to request a hearing if needed;

5. March 21 & 22, 2008 are reserved for testing of the children;

6. March 27, 2008 is the date Lori Booth is scheduled to have the neurological test; and

7. A follow-up telephonic status conference will be scheduled.

Time began:  1:30 p.m.
Time ended:  2:30 p.m.
Clerk:  taa