IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BLAYNE L. BOOTH,
et al.,

      Plaintiffs,

v.                                            CV 06-1219 JP/KBM

KIT, INC., A NEW MEXICO CORPORATION,
et al.,

      Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND
RECOMMENDED DISPOSITION**

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed June 11, 2009. (Doc. 430.) The parties stipulated that the period for objecting to the PFRD would be limited to one day, and the Court approved the stipulation. (Doc. 431.) More than one day has passed, and no objections have been filed. Nevertheless, the Court has reviewed the PFRD and agrees with the magistrate judge's conclusion that the proposed settlements involving minors are fair.

IT IS THEREFORE ORDERED that:

1) the PFRD is ADOPTED as an order of the Court;

2) Plaintiffs' Amended Motion for Determination of Adequacy of Settlements Concerning Minor Plaintiffs Alexandra R. Booth and Jacob A. Booth and Dismissal with Prejudice of the Amended Complaint of All Plaintiffs is GRANTED and periodic payments to the minor Booth Plaintiffs under the conditions set forth in paragraph q of the Motion are APPROVED;

3) Plaintiffs' complaint against all remaining Defendants is DISMISSED WITH PREJUDICE; and

4) TNJ and/or its insurer are ORDERED to pay 25% of the costs, fees, and expenses charged by the conservator, guardian ad litem and/or special master in any conservatorship, guardian ad litem, or special master proceedings, including the fairness hearing.

*James A. Parker*

———————————————
JAMES PARKER
UNITED STATES DISTRICT JUDGE